UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| KATHLEEN JANSSON, | ) | |
| | ) | |
| Plaintiff, | ) | 2:18-CV-047 |
| | ) | |
| vs. | ) | |
| | ) | |
| ONLINE INFORMATION SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER

Plaintiff has filed a Motion for admission of Joseph L. Gentilcore, Esq., *pro hac vice* in this action [Doc. 16]. The Motion is **GRANTED**. Counsel *MUST* register immediately as an CM/ECF user in this district. The registration form can be found at the Court's website, www.tned.uscourts.gov, under "For Attorneys" and "Electronic Case Filing."

SO ORDERED:

s/ Clifton L. Corker
United States Magistrate Judge